**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| LORETTA MARTIN, ) | NO. CV 16-08167-AS |
|         Plaintiff, ) | |
| ) | **JUDGMENT** |
|    v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
|         Defendant. ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: October 10, 2017.

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE